# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | CASE NO. 1:10-cv-01421-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTIONS TO AMEND AND MOTION FOR ENTRY OF DEFAULT AS PREMATURE |
| v. | |
| JAMES A. YATES, et al., | (Docs. 9, 10, and 12) |
| Defendants. | |

Plaintiff Timothy Ray Baker, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 9, 2010. On September 7, 2010, Plaintiff filed a motion to amend and a motion seeking entry of default. On February 2, 2011, Plaintiff filed another motion to amend.

At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court. Fed. R. Civ. P. 15(a). If Plaintiff files an amended complaint, however, it must be complete within itself without reference to the original complaint. Local Rule 220.

There is no legal basis for entering default against Defendants, as they have not been served yet. Fed. R. Civ. P. 55(a). Accordingly, Plaintiff's motions to amend and for entry of default are HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   February 7, 2011**          /s/ Sandra M. Snyder

1

UNITED STATES MAGISTRATE JUDGE